UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD COLEMAN (#2423887)

CIVIL ACTION

VERSUS

NO. 14-214-SDD-RLB

JAMES M. LEBLANC

### RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 8, 2016.  Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendant's *Motion for Summary Judgment*[4] is denied without prejudice to the Defendant's right to refile a second Motion for Summary Judgment regarding the same subject matter.

Baton Rouge, Louisiana the 14 day of March, 2016.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 23.
[3] Rec. Doc. 24.
[4] Rec. Doc. 18.