# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONALD COLEMAN (#2423887)

CIVIL ACTION

VERSUS

14-214-SDD-RLB

JAMES M. LEBLANC

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 3, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendant's *Motion to Dismiss*[3] shall be granted and this matter shall be dismissed as moot.

Baton Rouge, Louisiana the 7 day of December, 2016.

*signature: Shelly D. Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 28.
[3] Rec. Doc. 27.